UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
BRENDAN A. HURSON
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
MDD_BAHChambers@mdd.uscourts.gov

February 11, 2025

LETTER TO ALL COUNSEL OF RECORD

Re:   *United States v. Lyles,*
      Criminal Case No. 23-465-BAH

Dear Counsel:

Pending before the Court is Jarrod Lyles' Motion to Travel, ECF 35 (the "Motion"), which seeks to relax Mr. Lyles' release conditions to permit him to travel to Miami, Florida, to perform tomorrow at an event entitled the "Roddy Rackzz Birthday Bash" at Uncut Miami, which is apparently a nightclub/lounge. ECF 35, at 1. The Government and Mr. Lyles' United States Probation and Pretrial Services Officer ("USPO") both oppose the request. ECF 35, at 2–3. For the reasons noted below, the request is DENIED.

As with the last request to perform outside of Maryland,[1] Mr. Lyles seeks the Court's approval to travel at the last minute, just a few days before the proposed event.[2] The Court's intention in welcoming requests for out-of-state performances[3] envisioned a process whereby the proposed event could be thoroughly vetted by Mr. Lyles' USPO and any objections lodged well in advance of the proposed event. This has not happened here.

The Court has little doubt that Ms. Prioleau, with whom Mr. Lyles was scheduled to travel, is a suitable travel companion and would do her best to ensure that Mr. Lyles adheres to his conditions of release. Also, Mr. Lyles has unquestionably performed well on release. However, both the USPO and the Court need more information about the proposed venue, other artists set to perform, security arrangements, and likely more before evaluating requests to perform out of state.

---

[1] The Court previously denied a request to travel to Miami for an event at Hard Rock Stadium. *See* ECF 33. Though the request was filed just a few days before the event, that denial was without prejudice and asked for additional information related to the request. ECF 34, at 2. However, Mr. Lyles chose not to submit the material and presumably did not perform.

[2] This event is scheduled to occur the evening of February 12, and the request was filed on Sunday, February 9, and first reviewed by the Court yesterday (Monday) afternoon.

[3] The issue of Mr. Lyles performing at concerts was discussed at his November 7, 2024 re-arraignment. Mr. Lyles is an accomplished music artist who performs under the name "Roddy Racks." ECF 32-1, at 1. As Mr. Lyles correctly summarizes in the Motion, I was reluctant to approve a modification of conditions to permit Mr. Lyles to embark on a full-blown national tour, I indicated I would consider out-of-state performances on a case-by-case basis. ECF 35, at 2.

*United States v. Lyles*
Criminal Case No. 23-465-BAH
February 11, 2025
Page 2

Perhaps the nature of the music business makes it such that it is simply impossible to get these types of details to the Court in any way other than in the last-second, rushed manner of the last two requests. Regardless, the Court cannot approve out-of-state travel to perform on such a rushed basis and thus denies the request.

  The Motion to Travel, ECF 35, is DENIED. Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

         Sincerely,

         /s/

         Brendan A. Hurson
         United States District Judge